1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   AJAY S. KRISHNAN - # 222476
3  akrishnan@kvn.com
   H. SAVALA NOLAN - #284212
4  snolan@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Plaintiff NEOCONIX, INC.

8  HARVEY SISKIND LLP                              WOODCOCK WASHBURN LLP
   Naomi Jane Gray                                 John W. Caldwell
9  ngray@harveysiskind.com                         caldwell@woodcock.com
   4 Embarcadero Center, 39th Floor                Erich Falke
10 San Francisco, CA 94111                         efalke@woodcock.com
   Telephone: (415) 354-0100                       Cira Centre, 12th Floor
11 Facsimile: (415) 391-7124                       2929 Arch Street
                                                   Philadelphia, PA  19104-2891
12                                                 Telephone:      (215) 568-3100
                                                   Facsimile:      (215) 568-3439
13                                                 (*pro hac vice* pending)

14 Attorneys for Defendants R&D CIRCUITS, INC.,
   and R&D SOCKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEOCONIX, INC., a Delaware corporation, | Case No. 12-cv-06153 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE 90-DAY STAY OF ALL CASE DEADLINES [CIVIL L.R. 7-11 AND 7-12]** |
| v. | |
| R&D CIRCUITS, INC., a New Jersey corporation; R&D SOCKETS, INC., a Delaware Corporation, | Date Filed: December 4, 2012 |
| Defendants. | Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER RE 90-DAY STAY OF ALL CASE DEADLINES [CIVIL
L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

1  WHEREAS, Plaintiff Neoconix, Inc., and Defendants R&D Circuits, Inc., and R&D Sockets, Inc., (collectively, "the Parties") desire a sufficient period of time in which to negotiate, evaluate their respective positions, and meet and confer regarding their respective patent claims, by and through counsel, the Parties hereby stipulate and agree to a 90-day stay of all case management and related deadlines.

THEREFORE, subject to the Court's approval, the Parties agree and stipulate as follows:

All proceedings in this case, including but not limited to discovery, shall be stayed for 90 days.   Upon expiration of the 90-day stay, ~~the following case deadlines will apply:~~ the parties shall file a joint status report for the Court's review.

| Item or Matter | Original Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Response to Defendants' Answer and Counterclaims | March 1, 2013 | May 30, 2013 |
| File consent/declination to proceed before a United States Magistrate Judge | February 28, 2013 | June 7, 2013 |
| Meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | February 14, 2013 | June 14, 2013 |
| File ADR certification, Stipulation to the ADR Process, and/or Notice for ADR Phone Conference | February 14, 2013 | June 14, 2013, unless parties jointly request assignment to particular ADR process prior to May 15, 2013 |
| File reports and complete initial disclosures or state objections pursuant to Federal Rule of Civil Procedure 26(f) | February 28, 2013 | June 28, 2013 |
| File Initial Case Management Statement | February 28, 2013 | June 28, 2013 |

1
STIPULATION AND [PROPOSED] ORDER RE 90-DAY STAY OF ALL CASE DEADLINES [CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

| Initial Case Management Conference | March 7, 2013 | _____ at _____ a.m/p.m. [a date and time on or after July 12, 2013, that the Court deems appropriate] |

Respectfully submitted,

Dated:  February 11, 2013               KEKER & VAN NEST LLP

By:  */s/ Stuart L. Gasner*
     STUART L. GASNER
     AJAY S. KRISHNAN
     H. SAVALA NOLAN

Attorneys for Plaintiff NEOCONIX, INC.

Dated:  February 11, 2013               HARVEY SISKIND LLP
                                        WOODCOCK WASHBURN LLP

By:  */s/ Naomi Jane Gray*
     Naomi Jane Gray

Attorney for Defendants R&D CIRCUITS, INC., and R&D SOCKETS, INC.

### **ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained Federal Defendants' concurrence in this filing, indicated by the signature of Federal Defendants' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  February 11, 2013               KEKER & VAN NEST LLP

By:  */s/ Stuart L. Gasner*
     STUART L. GASNER

1                                                 **[PROPOSED] ORDER**

2                   All case management and related deadlines are STAYED for 90 days. The parties shall file a joint status report at the end of the 90 day stay.

3   **IT IS SO ORDERED** _____.

4

5   **Dated:**   February 14, 2013

6                                                 Honorable Maria-Elena James
                                                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28