1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   AJAY S. KRISHNAN - # 222476
3  akrishnan@kvn.com
   H. SAVALA NOLAN - #284212
4  snolan@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Plaintiff NEOCONIX, INC.

8  HARVEY SISKIND LLP                          WOODCOCK WASHBURN LLP
   Naomi Jane Gray                             JOHN W. CALDWELL
9  ngray@harveysiskind.com                     caldwell@woodcock.com
   4 Embarcadero Center, 39th Floor            ERICH FALKE
10 San Francisco, CA  94111                    efalke@woodcock.com
   Telephone:    (415) 354-0100                Cira Centre, 12th Floor
11 Facsimile:    (415) 391-7124                2929 Arch Street Philadelphia, PA  19104-2891
                                               Telephone:    (215) 568-3100
12                                             Facsimile:    (215) 568-3439

13 Attorneys for Defendants R&D CIRCUITS,
   INC., and R&D SOCKETS, INC.

14
15                          UNITED STATES DISTRICT COURT
16                         NORTHERN DISTRICT OF CALIFORNIA

17 NEOCONIX, INC., a Delaware corporation,     Case No. 12-cv-06153 MEJ

18                Plaintiff,                   **STIPULATION AND [PROPOSED]
                                               ORDER RE CONTINUING THE STAY OF
19        v.                                   ALL CASE DEADLINES [CIVIL L.R. 7-11
                                               AND 7-12]**
20 R&D CIRCUITS, INC., a New Jersey
   corporation; R&D SOCKETS, INC., a           Date:        May 15, 2013
21 Delaware Corporation,                       Judge:       Hon. Maria-Elena James

22                Defendants.                  Date Filed: December 4, 2012

23                                             Trial Date: None Set

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE STAY OF ALL CASE DEADLINES
[CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

755144.01

WHEREAS, Plaintiff Neoconix, Inc., and Defendants R&D Circuits, Inc., and R&D Sockets, Inc., (collectively, "the Parties") desire a sufficient period of time to exchange relevant documents, submit mediation briefs, and conduct a mediation, the Parties hereby stipulate and agree to a 90-day extension of all case management and related deadlines.

THEREFORE, subject to the Court's approval, the Parties agree and stipulate to the below extended deadlines; upon expiration of the 90-day stay, the Parties shall file a joint status report for the Court's review.

| Item or Matter | Current Deadline | Extended Deadline |
| --- | --- | --- |
| Plaintiffs' Response to Defendants' Answer and Counterclaims | May 30, 2013 | September 12, 2013 |
| File consent/declination to proceed before a United States Magistrate Judge | June 7, 2013 | September 20, 2013 |
| Meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | June 14, 2013 | September 27, 2013 |
| File ADR certification, Stipulation to the ADR Process, and/or Notice for ADR Phone Conference | June 14, 2013, unless the Parties jointly request assignment to particular ADR process prior to May 15, 2013 | September 27, 2013, unless the Parties jointly request assignment to particular ADR process prior to end of stay |

1
STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE STAY OF ALL CASE DEADLINES
[CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

755144.01

| Item or Matter | Current Deadline | Extended Deadline |
|---|---|---|
| File reports and complete initial disclosures or state objections pursuant to Federal Rule of Civil Procedure 26(f) | June 28, 2013 | October 11, 2013 |
| File Initial Case Management Statement | June 28, 2013 | ~~October 11, 2013~~ October 24, 2013 |
| Initial Case Management Conference | Not currently set | Oct. 31, 2013 at 10:00 a.m./~~p.m.~~ [a date and time on or after October 25, 2013, that the Court deems appropriate] |

Dated:  May 15, 2013                                KEKER & VAN NEST LLP


                                                 By:  /s/ Stuart L. Gasner
                                                      STUART L. GASNER
                                                      AJAY S. KRISHNAN
                                                      H. SAVALA NOLAN

                                                      Attorneys for Plaintiff NEOCONIX, INC.

Dated:  May 15, 2013                                HARVEY SISKIND LLP
                                                    WOODCOCK WASHBURN LLP


                                                 By:  /s/ Naomi Jane Gray
                                                      Naomi Jane Gray

                                                      Attorney for Defendants R&D CIRCUITS, INC., and R&D SOCKETS, INC.

2
STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE STAY OF ALL CASE DEADLINES
[CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

755144.01

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained Defendants' concurrence in this filing, indicated by the signature of Defendants' counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  May 15, 2013                                        KEKER & VAN NEST LLP

                                                  By:   */s/ Stuart L. Gasner*
                                                         STUART L. GASNER

3
STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE STAY OF ALL CASE DEADLINES
[CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

755144.01

1 [PROPOSED] ORDER

    IT IS SO ORDERED: The stay is continued for an additional 90 days. The parties shall file a joint status report for the Court's review at the end of the 90 day stay. The extended deadlines are granted as amended by the Court.

Dated: May 20, 2013

_____
Honorable Maria-Elena James
United States Magistrate Judge

---

4
STIPULATION AND [PROPOSED] ORDER RE CONTINUING THE STAY OF ALL CASE DEADLINES
[CIVIL L.R. 7-11 AND 7-12]
Case No. 12-cv-06153 MEJ

755144.01