IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEOCONIX, INC.,

    Plaintiff,

  v.

R&D CIRCUITS, INC.; R&D SOCKETS, INC.,

    Defendants.

No. C-12-06153 MMC

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS**

On September 10, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

1. Plaintiff is DIRECTED to submit a chambers copy of its First Amended Complaint, filed February 5, 2013.

2. Defendants are DIRECTED to submit a chambers copy of their Answer and Counterclaims, filed February 8, 2013.

**IT IS SO ORDERED.**

Dated: September 13, 2013

MAXINE M. CHESNEY
United States District Judge