Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NEOCONIX, INC., a Delaware corporation

Plaintiff(s),

v.

R&D CIRCUITS, INC. a New Jersey corporation; R&D SOCKETS, INC., a Delaware corporation

Defendant(s).

Case No: 12-cv-06153

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erich M. Falke, an active member in good standing of the bar of Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: R&D Circuits, Inc. and R&D Sockets, Inc. in the above-entitled action. My local co-counsel in this case is Naomi Jane Gray, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Woodcock, Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891 | Naomi Jane Gray<br>Harvey Siskind LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 568-3100 | (415) 354-0100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| efalke@woodcock.com | ngray@harveysiskind.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 85958.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/30, 2013

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                October 2012



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Erich Michael Falke, Esq.*

### DATE OF ADMISSION

*October 27, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 18, 2013

Elaine S. Hellen
Appellate Court Clerk