Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NEOCONIX, INC., a Delaware corporation )

Plaintiff(s),

v.

R&D CIRCUITS, INC. a New Jersey corporation; R&D SOCKETS, INC., a Delaware corporation

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 12-cv-06153

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Erich M. Falke_____, an active member in good standing of the bar of Commonwealth of Pennsylvania_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: R&D Circuits, Inc. and R&D Sockets, Inc. in the above-entitled action. My local co-counsel in this case is Naomi Jane Gray_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Woodcock, Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104-2891 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Naomi Jane Gray<br>Harvey Siskind LLP<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(215) 568-3100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 354-0100 |
| MY EMAIL ADDRESS OF RECORD:<br>efalke@woodcock.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ngray@harveysiskind.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 85958_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: __9/30____, 2013                    _____
                                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Erich M. Falke_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   October 3, 2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*