| | |
|---|---|
| HARVEY SISKIND LLP<br>NAOMI JANE GRAY (SBN 230171)<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br>ngray@harveysiskind.com<br><br>WOODCOCK, WASHBURN LLP<br>ERICH M. FALKE (*pro hac vice*)<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br>Telephone: (215) 568-3100<br>Facsimile: (215) 568-3439<br>efalke@woodcock.com<br><br>Attorneys for Defendant<br>R&D CIRCUITS, INC. and<br>Defendant and Counterclaim Plaintiff<br>R&D SOCKETS, INC. | KEKER & VAN NEST LLP<br>STUART L. GASNER (SBN 164675)<br>sgasner@kvn.com<br>AJAY S. KRISHNAN (SBN 222476)<br>akrishnan@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>NEOCONIX, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEOCONIX, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>R&D CIRCUITS, INC., a New Jersey corporation; R&D SOCKETS, INC., a Delaware Corporation,<br><br>　　　　　　Defendants.<br><br>And Related Counterclaims. | Case No. 12-cv-06153 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING ADR PROCESS;**<br>**ORDER OF REFERENCE** |

　　　　Pursuant to the Court's Order at the Case Management Conference on November 1, 2013, the parties hereby stipulate to an Early Settlement Conference before Magistrate Judge Elizabeth Laporte. The parties agree to participate in the Early Settlement Conference by the presumptive deadline of 90

{00029055;1} STIPULATION AND [PROPOSED] ORDER RE ADR　　　　CASE NO. 12-cv-06153 MMC

1 | days after issuance of the order of referral.

2

3 | Dated: November 8, 2013          /s/
                       Naomi Jane Gray

Attorneys for Defendant
R&D CIRCUITS, INC. and
Defendant and Counterclaim Plaintiff
R&D SOCKETS, INC.

               /s/
               Ajay Krishnan

Attorneys for Plaintiff and
Counterclaim Defendant
NEOCONIX, INC.

IT IS SO ORDERED., and the above-titled action is hereby REFERRED to Magistrate Judge Elizabeth D. Laporte for a settlement conference to be conducted no later than February 12, 2014, her calendar permitting.

Dated: November 12, 2013            _[signature]_
                     The Honorable Maxine M. Chesney
                      United States District Judge