IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOCONIX INC, | No. C -12-06153 MMC (EDL) |
|     Plaintiff, | **ORDER DENYING REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE** |
| v. | |
| R&D CIRCUITS INC., and R&D SOCKETS, INC., | |
|     Defendants. / | |

On January 31, 2014, Defendants R&D Circuits, Inc., and R&D Sockets, Inc., (collectively, "R&D") requested permission to appear at the February 14, 2014, settlement conference by telephone. The Court rarely excuses a party from personally appearing at a settlement conference, because it has been the Court's experience that settlement is much more likely to occur when the parties meet face to face. Although R&D contends that its appearance at the settlement conference would be a hardship, the Court is not convinced that the inconvenience to R&D outweighs the benefits of having its representative physically present at the settlement conference. Accordingly, R&D's request to appear at the settlement conference by telephone is denied.

**IT IS SO ORDERED.**

Dated: February 4, 2014

                                                    ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge