| | |
|---|---|
| HARVEY SISKIND LLP<br>NAOMI JANE GRAY (SBN 230171)<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 354-0100<br>Facsimile:   (415) 391-7124<br>ngray@harveysiskind.com<br><br>BAKER HOSTETLER LLP<br>ERICH M. FALKE (*pro hac vice*)<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104-2891<br>Telephone:  (215) 568-3100<br>Facsimile:   (215) 568-3439<br>efalke@bakerlaw.com<br><br>Attorneys for Defendant<br>R&D CIRCUITS, INC. and<br>Defendant and Counterclaim Plaintiff<br>R&D SOCKETS, INC. | KEKER & VAN NEST LLP<br>STUART L. GASNER (SBN 164675)<br>sgasner@kvn.com<br>AJAY S. KRISHNAN (SBN 222476)<br>akrishnan@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>NEOCONIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOCONIX, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>R&D CIRCUITS, INC., a New Jersey corporation; R&D SOCKETS, INC., a Delaware Corporation,<br><br>            Defendants. | Case No. 12-cv-06153 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING SETTLEMENT** |

*IT IS SO ORDERED*

Judge Maxine M. Chesney

Date: March 17, 2014

1    WHEREAS, Plaintiff Neoconix, Inc., Defendant R&D Circuits, Inc., and Defendant and Counterclaim Plaintiff R&D Sockets, Inc., (collectively, "the Parties") have executed a term sheet to settle the litigation and desire to devote their resources to finalizing settlement of this action, the Parties hereby stipulate and agree to immediately stay the litigation and all case management and related deadlines.

THEREFORE, subject to the Court's approval, the parties agree and stipulate to immediately stay the above-captioned case and all case management and related deadlines pending negotiation of the long form settlement agreement.

The parties further agree and stipulate that in the event negotiations relating to execution of a long form settlement agreement fail, and the parties seek to lift the stay, the parties will jointly submit a Case Management Statement and Proposed Order that seeks to re-establish the current Case Management Order (including, *e.g.*, limits on asserted claims and prior art, limits on electronic discovery, and with the general structure of the current schedule), with the understanding that R&D will be given at least 30 days to complete its preliminary infringement contentions, and all subsequent case deadlines will be pushed back in accordance with the current schedule.

Respectfully submitted,

Dated:  March 17, 2014                KEKER & VAN NEST LLP

By:   /s/ Ajay S. Krishnan
      STUART L. GASNER
      AJAY S. KRISHNAN

Attorneys for Plaintiff NEOCONIX, INC.

Dated: March 17, 2014                 WOODCOCK WASHBURN LLP

By:   /s/ Erich M. Falke
      ERICH M. FALKE

Attorney for Defendants R&D CIRCUITS, INC., and R&D SOCKETS, INC.