IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOCONIX, INC., | No. C 12-6153 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| R&D CIRCUITS, INC.; R&D SOCKETS, INC., | |
| Defendants. | |

By order filed March 17, 2014, the Court stayed the instant action, at the request of the parties, to allow the parties to negotiate a long form settlement agreement and thereby finalize their settlement.

The parties are hereby DIRECTED to file a Joint Status Report, no later than August 8, 2014, apprising the Court of the status of the negotiation.

**IT IS SO ORDERED.**

Dated: July 18, 2014

MAXINE M. CHESNEY
United States District Judge