1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   AJAY S. KRISHNAN - # 222476
3  akrishnan@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Facsimile:    (415) 397-7188

6  Attorneys for Plaintiff/Counter-Defendant
   NEOCONIX, INC.
7
   BAKER HOSTETLER                          HARVEY SISKIND LLP
8  ERICH M. FALKE                           NAOMI JANE GRAY
   efalke@bakerlaw.com                      ngray@harveysiskind.com
9  Cira Centre, 12th Floor                  4 Embarcadero Center, 39th Floor
   2929 Arch Street                         San Francisco, CA 94111
10 Philadelphia, PA 19104-2891              Telephone:    (415) 354-0100
                                            Facsimile:    (415) 391-7124
11 Telephone:    (215) 568-3100
   Facsimile:    (215) 568-3439
12
   Attorneys for Defendants R&D CIRCUITS,
13     INC. and R&D SOCKETS, INC.

14
                        UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16

17 NEOCONIX, INC.,                          Case No. 12-cv-06153 MMC

18             Plaintiff/Counter-Defendant, **JOINT STATUS REPORT**

19     v.                                   Judge:      Hon. Maxine M. Chesney

20 R&D CIRCUITS, INC.,                      Complaint Filed:  December 4, 2012

21             Defendant,                   Trial Date:  None Set

22        and

23 R&D SOCKETS, INC.,

24             Defendant/Counterclaim-
               Plaintiff.
25

26

27

28

858274.01

1        In the August 8, 2014 status report, the parties advised the Court that the parties expected

2   to settle the case by August 25, 2014 due to a few outstanding issues in a 14-page draft settlement

3   agreement.  The parties now believe that those issues have been resolved.  The parties now

4   anticipate executing a final agreement and filing corresponding dismissals by September 3, 2014.

5

6   Dated:  August 27, 2014            KEKER & VAN NEST LLP

7

8             By:    */s/ Ajay S. Krishnan*
                 AJAY S. KRISHNAN

9

10            Attorneys for Plaintiff
          NEOCONIX, INC.

11  Dated:  August 27, 2014            BAKER HOSTETLER

12

13            By:    */s/ Erich M. Falke*
                 ERICH M. FALKE

14

15            Attorneys for Defendants
          R&D CIRCUITS, INC. and
          R&D SOCKETS, INC.

16

17

18                  **ATTORNEY ATTESTATION OF CONCURRENCE**

19        I hereby attest that I have obtained Defendants' concurrence in this filing, indicated by the

20   signature of Defendants' counsel represented by a "conformed" signature ("/s/") within this efiled

21   document.

22

23   Dated:  August 27, 2014            KEKER & VAN NEST LLP

24

25             By:    */s/ Ajay S. Krishnan*
                 AJAY S. KRISHNAN

26

27

28

JOINT STATUS REPORT
Case No. 12-cv-06153 MMC

858274.01