KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff/Counter-Defendant
NEOCONIX, INC.

| | |
|---|---|
| BAKER HOSTETLER<br>ERICH M. FALKE<br>efalke@bakerlaw.com<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br><br>Telephone: (215) 568-3100<br>Facsimile: (215) 568-3439 | HARVEY SISKIND LLP<br>NAOMI JANE GRAY<br>ngray@harveysiskind.com<br>4 Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |

Attorneys for Defendants R&D CIRCUITS,
  INC. and R&D SOCKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOCONIX, INC.,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>R&D CIRCUITS, INC.,<br><br>　　　　　Defendant,<br><br>　　and<br><br>R&D SOCKETS, INC.,<br><br>　　　　Defendant/Counterclaim-Plaintiff. | Case No. 12-cv-06153 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE**<br><br>Judge: 　Hon. Maxine M. Chesney<br><br>Complaint Filed: December 4, 2012<br><br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE
Case No. 12-cv-06153 MMC

860431.01

1    Plaintiff Neoconix, Inc. ("Neoconix") and Defendants R&D Circuits, Inc. and R&D
2    Sockets, Inc. ("R&D") have settled all claims between them and, by and through their counsel of
3    record, hereby stipulate and request the Court order as follows:

4  (1) Pursuant to the parties' Settlement and License Agreement, Neoconix's claims
5      seeking a declaration of the invalidity of the patents-in-suit are dismissed
6      without prejudice;
7  (2) Pursuant to the parties' Settlement and License Agreement, all other claims,
8      defenses, and counterclaims here at issue between Neoconix and R&D shall be
9      dismissed with prejudice; and
10 (3) Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

Dated:  September 5, 2014                KEKER & VAN NEST LLP

                                         By:  */s/ Ajay S. Krishnan*
                                              AJAY S. KRISHNAN

                                              Attorneys for Plaintiff
                                              NEOCONIX, INC.

Dated:  September 5, 2014                BAKER HOSTETLER

                                         By:  */s/ Erich M. Falke*
                                              ERICH M. FALKE

                                              Attorneys for Defendants
                                              R&D CIRCUITS, INC. and
                                              R&D SOCKETS, INC.

**IT IS SO ORDERED.**

Dated:  September 5, 2014                _____
                                         Hon. Maxine M. Chesney
                                         United States District Court Judge

1
STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE
Case No. 12-cv-06153 MMC

860431.01

1 **ATTORNEY ATTESTATION OF CONCURRENCE**

2 I hereby attest that I have obtained Defendants' concurrence in this filing, indicated by the
3 signature of Defendants' counsel represented by a "conformed" signature ("/s/") within this efiled
4 document.

5

6 Dated:  September 5, 2014                                  KEKER & VAN NEST LLP

7
                                                      By:   */s/ Ajay S. Krishnan*
8                                                           AJAY S. KRISHNAN